Argued August 22, reversed and remanded for resentencing
September 6, 1978

STATE OF OREGON, *Respondent,*
*v.*
RONALDO JOSEPH RODRIGUEZ, *Appellant.*
(No. 77-5760, CA 10413, 77-5761, CA 10414)
(Cases consolidated)
583 P2d 34

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978).[1]

---

[1] Defendant's other assignment of error does not warrant discussion.